In the Matter of the Claim of AMANDA BANKS, On Behalf of Herself and Minor Children, Respondent, against APOLLO ASSOCIATES, INC., et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 3, 1955; decided January 6, 1955.

*John W. Manning* for motion.

*Nathaniel L. Goldstein, Attorney-General (Daniel Polansky* of counsel), opposed.

Motion dismissed, with $10 costs, upon the ground that the order sought to be appealed from is nonfinal (*Matter of Neu* v. *Van Rees Bookbinding Corp.,* 276 N. Y. 583).

In the Matter of the Claim of JACK DOCA, Appellant, against FEDERAL STEVEDORING COMPANY, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 3, 1955; decided January 6, 1955.

Motion for reargument or, in the alternative, to amend the remittitur denied, with $10 costs and necessary printing disbursements. [See 308 N. Y. 44.]